WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dameon James Smith,<br><br>Plaintiff,<br><br>v.<br><br>Mesa Police Department, et al.,<br><br>Defendants. | No. CV-16-03712-PHX-SPL (ESW)<br><br>**ORDER** |

On October 26, 2016, Plaintiff Dameon J. Smith, who is no longer confined in Lower Buckeye Maricopa County Jail, filed a pro se civil rights First Amended Complaint pursuant to 42 U.S.C. § 1983. (Doc. 7). The Court ordered Defendants Pollard, Pezzelle, and Englert to Answer the First Amended Complaint. (Doc. 8 at 4). The Court further ordered the Plaintiff "to file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action." (*Id*.) All Defendants have answered, and all issues are joined. (Docs. 10, 16).

Defendants filed a Joint Motion to Dismiss and Memorandum of Points and Authorities on December 7, 2017. (Doc. 44). The Court ordered that the Plaintiff respond to the Motion to Dismiss no later than January 10, 2018. (Doc. 47 at 2). The Court further advised the Plaintiff as follows:

**The failure of Plaintiff to respond to the Motion to Dismiss may in the discretion of the Court be deemed as consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to LRCiv 7.2(i).** *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam).

The United States Postal Service has returned Orders of the Court sent to Plaintiff on December 28, 2017 and January 4, 2018 as "Not Deliverable as Addressed/Unable to Forward/No Longer in Custody." (Docs. 49, 52).

Plaintiff has failed to notify the Court of his change in address as previously ordered. Plaintiff has failed to respond to the Defendants' Joint Motion to Dismiss.

For the reasons set forth above,

**IT IS ORDERED** that the Plaintiff show cause no later than **February 1, 2018** why his case should not be dismissed with prejudice for failure to maintain a current address with the Court and timely respond to the Joint Motion to Dismiss.

Dated this 18th day of January, 2018.

Eileen S. Willett
United States Magistrate Judge