IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dameon James Smith,<br><br>  Plaintiff,<br><br>vs.<br><br>Mesa Police Department, et al.,<br><br>  Defendants. | No. CV-16-03712-PHX-SPL<br><br>**ORDER** |

On February 5, 2018, the Honorable Eileen S. Willett, United States Magistrate Judge, issued a Report and Recommendation (Doc. 57), recommending that the Court dismiss this case based on Plaintiff's failure to prosecute. No objections have been filed. Accordingly,

**IT IS ORDERED** that Magistrate Judge Willett's Report and Recommendation (Doc. 57) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that this case is **dismissed without prejudice** and that the Clerk of Court shall enter judgment accordingly and **terminate** this action.

**IT IS FURTHER ORDERED** the Motion to Dismiss (Doc. 44) is **denied as moot**.

Dated this 28th day of February, 2018.

Honorable Steven P. Logan
United States District Judge